TIMOTHY D. BARROW, ESQ.
Grist Mill Square, Suite 3
148 Main Street
Lebanon, New Jersey  08833
(908) 236-2229
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| MEGATRUX, INC., | : | CIVIL ACTION NO. 07-580 (FSH) |
| Plaintiff, | : | HON. FAITH H. HOCHBERG |
| vs. | : | |
| SHARP ELECTRONICS CORPORATION and BESTWAY FORWARDING, INC., | : | ORDER OF DEFAULT JUDGMENT AGAINST DEFENDANT BESTWAY FORWARDING, INC. ON THE COMPLAINT |
| Defendant. | : | |

---

THIS MATTER having been brought before this Court by motion of the Plaintiff MEGATRUX, INC., and the default of Defendant BESTWAY FORWARDING, INC. having been duly entered on the Complaint as Defendant has failed to reply or plead to same, and it further appearing that said Defendant is not an infant or incompetent, and the Motion is for a sum certain based upon the supporting Certification of Brian Poor and subject to independent adjudication by this Court, and for good cause;

IT IS ORDERED, ADJUDGED AND DECREED that default judgment be and is hereby entered in favor of Plaintiff MEGATRUX, INC. and against Defendant, BESTWAY FORWARDING, INC., in the amount of $304,949.01, representing principal of $179,856.97, pre-judgment contract interest totaling $61,792.10, reasonable attorneys fees recoverable pursuant to contract agreement in the amount of $62,949.94, and taxed costs of $350.00 plus post-

judgment interest at the prevailing official rate that shall accrue from the date of the within Order.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this case in all matters relating to post-judgment enforcement of the within Order against Defendant, BESTWAY FORWARDING, INC.

_____
HON. FAITH S. HOCHBERG
United States District Judge

Dated: October 1, 2007
Newark, New Jersey

-2-